IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JAVBRO PATTON,** | ) | 1:06-cv-01060-OWW WMW HC |
| Petitioner, | ) | ORDER DENYING REQUEST |
| vs. | ) | FOR EXPEDITED HEARING |
| | ) | [Doc. 5] |
| **W. J. SULLIVAN, Warden,** | ) | |
| Respondent. | ) | |

    Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  The court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted.  However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted.  Case management at the court proceeds by the order cases are received.  Due to the high volume of such cases and the court's diligent handling of each case, a court decision often takes time.  Petitioner can rest assured that the court acts to resolve all pending cases in the most efficient manner possible.  Therefore, Petitioner's case

will be heard in due course.  Accordingly, Petitioner's motion for an expedited scheduling order is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   January 31, 2007**               **/s/  William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE

2